ACCEPTED
12-15-00029-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/16/2015 8:25:31 AM
CATHY LUSK
CLERK

Cause No. 14-1121-B

| | | |
|---|---|---|
| TONYA ALLEN DDS, P.A., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| VS. | § | |
| | § | SMITH COUNTY, TEXAS |
| | § | |
| SMITH COUNTY APPRAISAL | § | |
| DISTRICT, | § | |
| Defendant | § | 114th JUDICIAL DISTRICT |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/16/2015 8:25:31 AM
CATHY S. LUSK
Clerk

## PLAINTIFF'S DESIGNATION
## OF RECORD ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Plaintiff/Appellant, TONYA ALLEN DDS, P.A., and submits this Designation of Record on Appeal, and requests that the following items be contained in the record of this appeal:

1.    A complete Statement of Facts of any and all hearings, or any other matters connected with this case where the court reporter was present and transcribing the proceeding.

2.    All of the pleadings of the Plaintiff.

3.    All pleadings of the Defendant.

4.    Any special pleas and motions of the Defendant.

5.    Court's docket sheet.

6.    Court's judgment.

7.    Notice of Appeal.

8.    All exhibits.

9     Any other matter contained within the Court's files.

10.    Any notes written by the Judge in the Court's file.

**DESIGNATION OF RECORD ON APPEAL/TONYA ALLEN DDS, P.A./PAGE 1**

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff/Appellant respectfully requests that these matters be contained within the record of this appeal.

Respectfully submitted,

THE EATON LAW FIRM, PLLC

By:_____
MICHAEL W. EATON
SBN 06383800
1701 W. Northwest Highway,
Suite 100
Grapevine, Texas 76051
Telephone: (817) 431-1111
Telecopier: (817) 431-1180

**ATTORNEYS FOR PLAINTIFF**
**TONYA ALLEN DDS, P.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Designation of Record on Appeal was served on counsel for Defendant/Appellee by fax on March 16, 2015.

_____
MICHAEL W. EATON